IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>             Plaintiff,                   )<br>                                                        )<br>    vs.                                         )<br>                                                        )<br>                                                        )<br>SHANE BERTUCCI,                    )<br>             Defendant.                )   | Case No. 8:09CR84<br><br>ORDER TO WITHDRAW<br>        EXHIBITS |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order:

> Government exhibits 1-8, 11-14
>
> Defendant exhibits 103, 117

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 23rd day of March, 2010.

                                                s/ Joseph F. Bataillon
                                                Chief United States District Judge